AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cr-10 |
| Charles O'Neil | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 01/10/2020

s/ John P. Taddei
*Attorney's signature*

John P. Taddei; NY Bar 5138466
*Printed name and bar number*

U.S. Department of Justice
Criminal Division, Public Integrity Section
1331 F Street NW, Suite 300
Washington, DC 20004
*Address*

john.taddei@usdoj.gov
*E-mail address*

(202) 514-3885
*Telephone number*

(202) 514-3003
*FAX number*