IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 1:20CR010 (LO) |
| CHARLES O'NEIL | ) ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of William James Gullotta, Trial Attorney with the United States Department of Justice, Public Integrity Section, as an attorney for the United States of America.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:   /s/
William J. Gullotta
Special Assistant United States Attorney, EDVA
Trial Attorney
United States Department of Justice
Public Integrity Section
1331 F Street NW
Washington, DC 20004
Tel: (202) 514-0047
Fax: (202) 514-3003
William.Gullotta2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 13, 2020, I filed the foregoing Notice of Appearance via ECF which will send a copy to all counsel of record.

By:    /s/
William J. Gullotta
Special Assistant United States Attorney, EDVA
Trial Attorney
United States Department of Justice
Public Integrity Section
1331 F Street NW
Washington, DC 20004
Tel: (202) 514-0047
Fax: (202) 514-3003
William.Gullotta2@usdoj.gov