UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-00010-LO |
| | ) | |
| CHARLES O'NEIL | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Please take notice that Steven J. McCool, Esquire, hereby enters his appearance for the

defendant, Charles O'Neil, in the above-captioned case.

Respectfully submitted,


_____/s/ Steven J. McCool, Esq._____
STEVEN J. McCOOL
Virginia Bar No. 89860
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-3346
smccool@mccoollawpllc.com

*Counsel for Charles O'Neil*

1

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2020, the foregoing Entry of Appearance was served upon counsel of record by CM/ECF electronic filing.


       /s/ Steven J. McCool, Esq.
STEVEN J. McCOOL
Virginia Bar No. 89860
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 450-3370
Fax:  (202) 450-3346
smccool@mccoollawpllc.com

*Counsel for Charles O'Neil*