# EXHIBIT 1:

# Support Letters on Behalf of Charles O'Neil

March 26, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady:

My name is Ann Mathias O'Neil and I am the mother of Chip O'Neil. I am a former first grade teacher and current substitute at Roland Park Country School in Baltimore, Maryland, where I began teaching immediately after college. When I was pregnant with Chip, I made the choice to stay at home and raise my children. It was an important decision for me to be with them when they were young.

As my son of 33 years, I know him well. He was a curious, active, and somewhat stubborn boy. He accepted the consequences of his mistakes with remorsefulness. Chip has dealt with several sad losses in his young life, including the brutal murder of his grandparents (my parents, Rev. and Mrs. C. Frederick Mathias) at age 9 and the sudden death of a close, lifelong friend (Henry Lubke) at age 20. He was supported by many friends and family through these difficult times. Thus, we as a family are very close.

Chip is a very caring son, brother and now loving uncle to his 1-year old niece, A▮▮ R▮▮ M▮▮. He is a dedicated employee, working through many evenings and weekends. He shared his time, knowledge and love of lacrosse with young boys through the Next Level Lacrosse team in Chevy Chase, MD and the Baltimore Crabs in Baltimore, MD. He spent many weekends traveling with the team as a coach and giving support. As a three-sport athlete throughout his four years of high school, Chip received the Jack Williams Cup for sportsmanship from The Boys' Latin School of Maryland his senior year. At the present time, he is employed by MedChi (The Maryland State Medical Society) and continues working in the office to help support doctors through the coronavirus pandemic.

I am proud of Chip for taking responsibility for his actions and therefore ask for leniency in his sentencing. I know my son and I believe he will use this opportunity to learn and grow. This has brought him great humility with the ability to move forward from this experience and learn from his mistakes.

Thank you for your consideration.
Sincerely,

Ann Mathias O'Neil

1

March 26, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady:

My name is Brian Hoen O'Neil and I am the father of Chip O'Neil. I have been a financial advisor with Merrill Lynch for 40 years. As a lifelong Baltimorean, I graduated from The Boys' Latin School and Loyola University.

My son grew up playing sports in high school and was a three-sport athlete. Chip lettered in football, ice hockey and lacrosse. Chip attended Franklin and Marshall College where played lacrosse for four years. As I watched my son play literally hundreds of games, I saw him develop many skills which serve him well. He was a great teammate and was happiest when the entire team succeeded. Chip played selflessly and was a friend to everyone on the team.

Chip has given back to the sports he loves as he has coached lacrosse in both Baltimore, Maryland and Washington, DC. Not only did he coach, but he excelled as a coach of some of the youngest boys. The young men looked up to Chip. On more than one occasion away from the field, Chip and I would run into a young player who would call him "Coach" and both would smile brightly.

The last couple of years have been very difficult for Chip. He has absolutely taken responsibility for his actions. Chip has grown and understands the consequences of his actions. I ask as a father for leniency and I am quite sure he will be the man we all expect him to be.

Sincerely,

Brian H. O'Neil

Brian Hoen O'Neil

2

March 26, 2020

The Honorable Liam O'Grady
United States District Court
for the Eastern District of Virginia

Dear Judge O'Grady,

My name is Sara Moore, I am writing to you about my brother Chip (Charles) O'Neil. I am currently a registered nurse at a small community hospital in rural Delaware and I see first-hand that these unprecedented times are difficult for everyone in this world. Every day I leave work lately, it seems to be with a heavy heart. For my mental health, I must redirect my focus to my family, what they mean to me and how thankful I am to have them.

Chip and I are 22 months apart in age and as you would expect, growing up we had our classic big brother/little sister differences. Now, I can proudly tell anyone and everyone that he is one of my best friends. I could go on for pages with stories as to why this is, he constantly supports me, stands up for me, and guides me, we go to each other for advice. Nevertheless, the "Chip Story" that sticks with me the most is the one that is still unfolding. It began just over a year ago with the birth of my daughter, A██ R█ My brother's already big heart immediately grew, he truly fell in love with her. He is the absolute proudest Uncle I have ever seen. From day 1, Chip has taken on the Uncle roll effortlessly. Prior to having A█, I spoke with Chip once a week, we live about 2 hours apart and lead our own lives. Since her birth, we speak with him over the phone or FaceTime at least 5-6 days a week, sometimes even multiple times a day. There are even times when he will call, and when I tell him that A█ is napping he asks me to call him back when she wakes just because he wants to see her. For Christmas and her 1st birthday, he couldn't wait to give her the presents he bought for her, on both occasions, he gave her the gifts early out of pure excitement. He is always doing things to try to make an otherwise very serious toddler smile. He succeeds one hundred percent of the time, in turn, making us all smile. It warms my heart to see my daughter's new two-tooth smile and hear her giggle when she sees his face. There are even times if I am having difficulty with a toddler tantrum, I call Chip and she instantly calms upon hearing his voice. As a first-time mother, I depend on him for some sanity.

I can tell you that Chip is extremely remorseful for his transgression. Throughout this ordeal, he has been his biggest critic, and it breaks my heart to see this. I know he is disappointed in himself for what he has done and for bringing this hardship to our family and others. I strongly believe this experience has changed my brother for the better. Chip has a good heart and the sweetest soul, which reflects on the way he treats his entire family and anyone he comes across. Thank you for taking the time to read my letter, I depend on my brother for love and support, as do a lot of people who care for him. In these difficult days of an unknown future for everyone, I am asking you to strongly consider my words and am asking for leniency with his sentencing.

Sincerely,

Sara T. Moore

3

March 24, 2020

The Honorable Liam O'Grady
United States District Court
for the Eastern District of Virginia

Dear Judge O'Grady

My name is Randy Moore and I am writing to you today on behalf of my brother in-law, Chip O'Neil. I served 8 years in the United States Marine Corps and was honorably discharged as a Sergeant or E-5. I am now currently work at Delmarva Power as a Journeyman Lineman and have been employed there for the last 9 years. In that time, I met my wife Sara, Chips sister, and we had a little girl, A████.

When I first met Chip, it was the normal big brother protecting little sister type bravado, but that quickly changed not only from us talking and getting to know each other but in my opinion, him finding out about me being a Marine. This is where I came to the conclusion, that Chip isn't a fighter or worrier in the sense of the guys I knew at the time, but he held a sense of ethos that isn't a common trait in today's society.

What I learned in those early days of Chip was that he may not share the same experiences and training my brothers and I did, but he still lives up to a code of his own making. That code was what made me see how good of a man he is. What gave me the first inkling of this code was how his friends were around him. At first, I thought it was just a sports or school brotherhood. Then I saw how they acted with nothing but respect not only toward his sister but anyone he brought into his circle. It wasn't a respect commanded by force or by superior intellect or athletic ability but by character.

When I talk about Chip's ethos, one of the many qualities that stand out, especially since my daughter was born is his deep care for others. I saw this toward Sara when we were dating and got married. What really showed me how much he cares for others was when my daughter was born. Chip calls everyday just to talk to A████. He comes to visit her more than any of his friends. He takes the time to teach her how to hold a lacrosse stick, even if she forgets a minute later. He will sit and play with her until she has to go to sleep, even if it's the most repetitive thing she can think of. There is nothing he wouldn't do to make A████ safe and healthy, to me that means the world.

When all this started to come out, I didn't know much about what had happened, but I saw how much Chip beat himself up over it. When I talked to Chip to help calm him down, I learned that he was concerned about how this would affect his family. He was worried that when A████ was old enough she would look at her uncle as being a bad person. What I saw was that Chip, like myself, would beat himself up worse than anybody else could over doing something wrong. I don't know how to put into words the way someone feels when they are stuck in their own head with thoughts like this. All I can say is Chip knows he was wrong and made a huge mistake, it is a burden he will carry with him for the rest of his life.

I hope this letter helps you learn a little bit about Chip and what kind of person he is. I know what he did was wrong, but I hope that you will show him leniency in his sentencing. Chip is a good person that made poor choices, we all have at one time. Thank you for taking the time to read this letter. I hope that in reading this I have given you enough insight into Chip, that enough of his character will be seen. Thank you for your time again.

Sincerely,

*Ron Mc*

Randy S. Moore

4

March 25, 2020

The Honorable Liam O'Grady

United States District Court

For the Eastern District of Virginia

Dear Judge O'Grady –

My name is Kevin O'Neil and I am the cousin and long-time friend of Chip O'Neil. I am writing you today with hopes that I can help you can see Chip in a different light and to give you an idea of the kind of person he is outside of the court room.

As we both know, Chip made a mistake violating campaign finance laws while working at his previous job at Strategic Campaign Group. From my conversations with Chip, it is clear that he is aware of those mistakes and is truly remorseful. I see and talk to Chip often and I can tell how hard this has been on him. He would like nothing more than for this to go away and for a fresh start so people can get back to seeing him for the person that he really is, but he understands that he needs to be held accountable for his actions.

To me, Chip has always been a fun, hard-working, and genuine person. When my friends from college come to visit, everyone always raves about just how nice of a person he is and how they feel that he would never harm a fly. As a family member and friend of Chip, I think that's what makes this entire situation so hard - having to watch someone with Chip's character go through this.

Chip was my older cousin growing up, so naturally I always looked up to him. He was always very funny, energetic and a joyful person at our family outings. He was the oldest of all of our cousins, and taught us the importance of family and taking care of those you loved. He was always extremely close with our Grandmother, who we lost just a few years ago, and through that relationship you could see his genuine and caring personality and how much he values family and his loved ones. I can confidently say that Chip will always support me and my family no matter what life throws at us, because that is the kind of person he is. He's compassionate, caring and extremely trustworthy and I can't even tell you how much he means to myself and to our entire extended family.

In the end, I feel that Chip knows this entire situation will make him stronger, both professionally and personally. He knows he made mistakes and will work hard to ensure that he is still successful and nothing like this ever happens again. I ask that you please give Chip leniency during the sentencing, and that you take my remarks into consideration.

Thank you for your time.

Best,

5

Kevin O'Neil

April 9, 2020

Andrew J. Sullivan

████████████

The Honorable Liam O'Grady
United States District Court
for the Eastern District of Virginia

Dear Judge O'Grady,

First and foremost, I hope this letter finds you and your family healthy and at peace in these stressful times we are all experiencing.

My name is Andrew Sullivan, and I am writing to you about a lifelong friend of mine, Chip O'Neil, who is scheduled to appear for sentencing in your court on May 8, 2020. I am writing to provide you with a perspective of the Chip that I know and love in hopes that you will consider these comments on May 8.

Chip is my brother – not by birth, but by choice. We quite literally grew up together – playing hockey and lacrosse, going on family vacations, celebrating holidays, and everything in between. The fondest memories of my childhood are those I share with Chip and his family… trips to the Outer Banks and Mothers' Day brunches… we still spend every Christmas night with the O'Neil's. They're family.

Chip and I both attended Franklin & Marshall College in Lancaster, PA, where he graduated a year before I did. Through college, Chip was like a big brother to me. He was a solid student, a great friend, and a role model for the younger student-athletes on our lacrosse team – including me.

Though I am now married and living in New York, Chip is and will always be my first call when I need help or when I need perspective. He is my oldest friend, and he would drop everything for me – as I would for him. His character, in my eyes, speaks for itself and is a testament to his parents and the community that raised him.

Your Honor, I am not writing to convince you that Chip is perfect. He's far from it; we all are. But Chip isn't malicious. He isn't calculated or conniving. Rather, Chip is a sweet, simple guy who wants to please those around him, who wants to fit in, and who wants people to like him. Chip is endlessly selfless – often to a fault. He puts others ahead of himself, even if it's to his own detriment.

I wish you could know Chip as I do. I think you would enjoy his company, and I know you would be impressed by the young man that he is. Regardless, I am absolutely certain that Chip has learned a tremendous amount from this experience, and I know without a shade of doubt that he will never be found in a position similar to this again. As such, I would ask for your leniency in consideration of my friend Chip's sentencing next month.

I sincerely appreciate your taking time to read this letter, and if the court would like to speak with me about this letter or my experiences with Chip, I would be more than happy to make myself available at your convenience.

Respectfully,

Andrew J. Sullivan

7

To:                                                                                                    March 24, 2020
The Honorable Liam O'Grady
United States District Court
For the East District of Virginia

Dear Judge O'Grady:

My name is Taylor Paff and have been a close friend of Chip O'Neil for more than 20 years. I'm currently a mortgage advisor working in Baltimore City, where I live. Chip and I continue to see each other and remain close.

Chip and I met when we were kids on the lacrosse field where we played together for years. We grew up not far from each other as our family's homes were nearby. Chip and I grew a closer and much more substantive relationship though out our high school years at Boys' Latin.

Chip and I shared many classes as well as afterschool athletics. During these years I was able to gain an understanding of Chip's character and integrity. Chip quietly lead by example as we navigated our way as young men. He has a stoic presence with unwavering morals. Chip was someone many have counted on for honesty and integrity.

As we grew into adults I understood Chip to be consistently himself. He, as many of us are not, was unapologetically honest. Whether you wanted to hear it or not, it was not in Chip's interest to lie to you. As we continue in our relationship and growth as adults, I still see these qualities in Chip.

Your Honor, it truly takes a lifetime to know someone entirely, and although you don't have the luxury of doing so with Chip, let my words serve as a brief insight into the character of a good man. In closing I ask as someone who does know Chip entirely that you express sympathy and leniency in his sentencing.

Sincerely,

Taylor Paff

**8**

The Honorable Liam O'Grady
United State District Court
 for the Eastern District of Virginia

Dear Judge O'Grady,

Thank you for taking the time to read my letter. My name is Michael Hurwitz and I am fortunate to call Charles (Chip) my best friend.

I met Chip the summer before my Freshman year of high school and his Sophomore year. We had morning and afternoon football practice before the school year started and I had just transferred to Boy's Latin after going to another school for lower and middle school. During the breaks between the morning and afternoon practice my fellow teammates usually hung out with their childhood friends, went to lunch and relaxed before coming back to school. One of the first few days of our "training camp," Chip invited me to go to one of our, now, favorite lunch places, Pepe's, and go back to his parents' house to eat and relax before another long and hard practice. I will always remember how he made me feel like a true Boys Latin student and not like an outsider from that day forward. I luckily played Football and Lacrosse with Chip for (3) years and almost played lacrosse at the same college, but I ended up playing at Rutgers and he at Franklin & Marshall. Ever since the beginning of high school, Chip was a frequent visitor to my parents' house, and I was to his. I have become extremely close to his entire family and have enjoyed memorable experiences with all (4) of them. Some of these great memories include numerous family dinners, going to his parents' house to spend time with Chip, his sister and her husband, Sarah and Randy, their daughter, A██, and Mr. And Mrs. O, and attending Sarah and Randy's wedding. The O'Neil family has made me feel so welcome in so many ways and I truly cherish my relationship with them.

My job as a project manager took me to DC after college and luckily for me, Chip moved to DC the following year. Our friendship continued as young professionals in a new part of town. Chip asked if I wanted to join him in coaching a youth travel lacrosse team, which was an experience that enhanced and changed my life. We had the pleasure of teaching the game we have always loved to 8-11-year-old boys. Chip and I stayed with this team for four years, traveling with them and becoming mentor figures, which made the time commitment feel like a blessing rather than an inconvenience. I witnessed how nurturing, mild mannered and committed Chip was with every child on the team and how the kids loved being around him. In addition to coaching our young players, Chip and I did just about everything together and eventually we both moved into the same apartment complex which made hanging out even easier. Eventually our time in DC came to an end and both of us moved back home to our favorite city in the world, Baltimore.

My wife, Morgan, occasionally works on Saturdays, so I use this as an opportunity to spend time with my fun, caring and giving best friend, Chip. The two of us go to high school or college lacrosse games, have breakfast or lunch at Pepe's or watch just about any sporting event on TV. Chip is such a thoughtful person, which shines through with even the simplest of gestures, such as a personalized birthday present or grabbing my favorite soda to bring with him when he comes over to visit. Morgan has seen what a wonderful and thoughtful person and friend Chip has been through the years and enjoys inviting him over for Sunday night dinner. Morgan cooks dinner and Chip always calls to ask what she is making so he can bring a good compliment to the meal. We always say he doesn't need to bring anything; we are happy just with his company, but the caring and good friend in Charles always has a special little treat that makes our "Sunday family dinner" just a little bit more special. Chip was one of

**9**

my groomsmen at my wedding and he is one of the first calls I make when I have something good or bad to share. Unfortunately, this year I went through a difficult time with the loss of my grandmother. During this tough time of grief, it was comforting to see both Chip and his mother, Ann, at the funeral showing their full support and love. We are Jewish so it is customary to start sitting Shiva right after the funeral. Chip asked if my family needed anything and for my grandparent's address, so he could stop by. Chip being a good Catholic boy was not sure what he was getting into but seeing him one of the seven nights was exactly what I needed and just another example of how giving and great of a friend I have in Chip. I have numerous more stories showing how great a person Chip is, but hopefully I got my point across.

Chip is much more than a friend to me; he is my family. For both of our birthdays we go to dinner with our immediate families, which always includes Chip for my birthday and my wife and I for Chips'. He is a hardworking, supportive and all-around great guy who would do anything for anyone, but unfortunately, he made a terrible mistake. He was taken advantage of by a person he looked up to and respected in his previous employer.

I want to thank you for taking my remarks into consideration and ask you from the bottom of my heart to please see the honest, hardworking and giving person in Chip and give leniency in his sentencing. I know he has learned from this mistake and it is evident to me that some of his positive characteristics were taken advantage of, but he is a great person who was in a really bad situation. I hope this letter shows how my life changed for the positive from the day I met Chip and continues through our 18-year friendship. We all know Charles made a terrible mistake and I know he is punishing himself tremendously, but please keep his past and present character, qualities and positive attributes into account in your decision making. To know Chip is to love Chip. Please keep the entire Chip in mind when making this life altering decision. Thank you for your consideration and for taking the time to read my letter.

Sincerely,

Michael Hurwitz & Morgan Hurwitz, DDS, MS

**10**

Justin T. Rayman

█████████████

09 March 2020

The Honorable Liam O'Grady
United States District Court
for the Eastern District of Virginia

Dear Judge O'Grady:

I've assembled a few thoughts and anecdotes in support of my close friend, Chip O'Neil, which I hope you will read. As an introduction, name is Justin Rayman; I live in Charleston, SC with my wife, Caroline and five-month-old son, W███. I am proud that I was born raised in the suburbs of Baltimore, MD where I attended Loyola Blakefield High School, lettered in three sports and was an honors student. After high school, I was fortunate enough to attend Franklin & Marshall College to pursue both a business degree and my dream of playing college lacrosse. During my time at F&M, I was an All-Conference athlete, Dean's List student, and a leader on campus. I was elected by my teammates to captain the Men's Lacrosse program during my senior season in 2010. Currently, I am a Financial Advisor in the Charleston area and coach youth lacrosse, serving as an ambassador for the sport locally.

Chip O'Neil and I met in 2006, during my first day on campus as a freshman at F&M. We had an immediate connection – we both played lacrosse, we're both from Baltimore and both have a passion for Baltimore sports – three characteristics deeply imbedded in our identities. Although Chip was a year older and from a rival high school, he took me under his wing and we immediately became best friends. His kindness and acceptance made my transition to life at school seamless – something I value and have not forgotten.

Through our years at school, Chip and I became very close. I became friends with his sister, Sara, and our parents developed into good friends. We lived together at school for a year and would frequently spend time with each other off campus. During our summers, Chip and I would visit friends at the beach, attend $5 ticket nights at Camden Yards and play in as many club lacrosse tournaments as we could. During our winter breaks, we would tailgate before Ravens games at the stadium and watch games together. We would spend the time around Christmas with each other's family.

Post college, Chip and I remained close. We still attended Orioles and Ravens games together, and would go to a lot of high school and college lacrosse games too. Some of my best memories with Chip were travelling to Ravens away games, which we attended several over the years. In order to convince me to come with him, Chip would cover the cost of my ticket and drive so he

could have a friend to take part. When my wife and I married in 2017, Chip was one of my groomsman and his entire family made the trip to Charleston for the wedding. Chip has been, and remains one of my closest friends.

Although I consider Chip one of my best friends, I know there are likely a dozen others who feel the same way about their friendship with Chip. He has been a groomsman in more weddings than anyone I know, and leaves the same affable impression with everyone that he meets. You cannot go to a local sporting or social event with Chip not knowing a handful of people before you arrive. Chip's rare combination of humility and genuineness make him extremely likeable and a valued friend to so many people.

While being likeable is not a virtue in itself, Chip possesses core characteristics that have made him into the type of person whom people want to associate themselves with. For one, Chip is extremely loyal. As a friend of his for 13 years, I can honestly say Chip would do *anything* for me. This was most evident when I had my bachelor party during a weekend in 2017, in Savannah, GA. Chip's Saturday morning flight to Savannah was cancelled and instead of calling me with a reasonable excuse, he booked a flight to the closest airport he could book a flight to, and drove the rest of the way. He arrived at 5:00 PM Saturday, despite our departing flights scheduled at 7:00 AM Sunday morning. There was no doubt in Chip's mind he would be there – loyalty is ingrained in Chip's identity.

Chip is also an extremely dedicated person, which is obvious to anyone who has met him. At F&M, Chip did not garner much playing time throughout his career but he never let that deter his work ethic and obligations to the team. He showed up to practice early, no complaints and gave maximum effort. We frequently held 6:00 AM runs and workouts; Chip was always on time, ready to work knowing he would not likely be rewarded with playing time. Other teammates in Chip's situation coasted through practice, goofed-off and broke rules designed for the betterment of the team – not even a consideration for Chip. A popular rule to break for fringe players was *48 hour rule* – a policy enforcing no-drinking within 48 hours of a game. There were a handful of less committed players who partied during this timeframe and either took precautions to avoid getting caught or simply did not care if they got caught. It never crossed Chip's mind to break 48 hour rule, even if his risk of getting caught was low. This carried a lot of weight with myself and other teammates and speaks volumes about his dedication to those inside the locker room. Every day, Chip sacrificed his personal college experience to contribute to an experience that was bigger than himself. I strongly believe the way Chip carried himself as a teammate strengthened our relationship and his relationships with his peers.

Chip is also one of the most selfless people I've met. When I was in an accident at school and was kept overnight at the hospital, Chip was there. He called the hospital to get my room number, drove to the hospital with a gift of food and camped out in the waiting room until I was released in the morning. I did not ask Chip to be there but he showed up. A few years ago, I celebrated my birthday with my family in Ocean City, MD. While Chip was unable to spend the weekend with us, he did make the drive and come for dinner. He ate with my family and I,

**12**

delivered a gift to me and turned around to drive home so he could attend work the next day. Chip values family, friendship and genuinely enjoys doing things for others. Chip is the donor of kind acts on a daily basis.

There are many more examples that would provide insight into Chip's character, but it would me take hours to relive them all. I am hopeful the limited details I've shared help portray Chip the person, beyond the facts of Chip and his case. Chip has been a model citizen for his 33 years and I pray that one wrong turn does not dictate his next 33 years. I hope he is able to achieve his goals and dreams that he has worked hard to pursue. Life is cruel how one mistake can erase a lifetime of good, and that good people make mistakes – then are defined by that singular mistake. I ask that you take Chip's past into consideration when sentencing, and grant him the leniency a decent man deserves. As you know, your decision will alter the course of his future. Thank you, Judge O'Grady, for your time and consideration.

Respectfully,

Justin T. Rayman

**13**

Scott G. Hahn, CFP®

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia

Re: Chip O'Neil

Dear Judge O'Grady:

Chip O'Neil and I have been close friends for over thirteen years. Chip and I were teammates on the Franklin and Marshall men's lacrosse team and we have lived together for the past several years in Baltimore City. During this time, I have known Chip to be not only a great son, brother, and uncle, but also a great friend. If I could describe Chip in one word, it would undoubtedly be selfless which is why I am begging for leniency in his sentencing.

I first met Chip in August 2007 as an incoming Freshman on the Franklin and Marshall men's lacrosse team. As the lone freshman on the team hailing from Baltimore, I was struggling to find my place. Although I am two years younger, Chip provided me with the guidance that helped me solidify my true identity at Franklin and Marshall College. Whether it was providing a quiet place to sleep the night before a big game or offering to give me a ride to the grocery store due to a lack of transportation, he has always exemplified what it takes to be a leader by putting the needs of others before those of himself. Chip is the friend who cancels his Friday evening plans so he can pick me up from the airport after a business trip. Chip is the friend who goes out of his way to see my country band play in endless empty venues. He has always been there for his friends and family.

While I know Chip is willing to accept the consequences for his actions, it is my sincere hope that you take this letter into consideration. Chip is an honest, trustworthy and irreplaceable friend who may have been misguided.

Sincerely,

Scott G. Hahn, CFP®

**14**



March 2nd, 2020
The Honorable Liam O'Grady United States District Court for the Eastern District of Virginia

Dear Judge O'Grady,

My name is Todd Cavallaro and I am a graduate of Johns Hopkins University and have held coaching positions at Johns Hopkins, University of North Carolina, University of Pennsylvania, and currently head coach at Franklin and Marshall College. I had the pleasure of meeting Chip O'Neil in 2008 when I became the Head Lacrosse Coach at F&M.

One of the first things I remember thinking about Chip was how genuine and sincere he was as a junior in college. He was well respected by his teammates and administrators throughout his 4 years at F&M. He is trustworthy and well-liked by all. I know him to be loyal, respected, professional, and enjoyable to just be around. F&M lacrosse is not just a four year commitment but a lifetime commitment. Chip has continued to communicate with his teammates and coaches throughout the years after graduation. We always enjoy catching up and talking about our families.

Our core value within our program is "FAMILY", and Chip as much as anyone appreciates family and has a tremendous amount of support from his family and his F&M Family as well. Chip went from a player of mine to a great friend, a loyal person, and someone who is committed to being successful in the game of life. He is intelligent, sharp, respected by his peers, and will make all of us proud given the opportunity. I have coached many young men over the last 25 years and Chip is one of the best individuals I have come across. He did not play a lot or start for us but he showed up everyday working hard, being a leader, and encouraging his teammates to be their best. A lot of players have problems adjusting to limited time on game day...not Chip, he was about the TEAM more than himself. That speaks volumes to his character and integrity. That earned him the respect of all of his teammates and certainly his coach. I am asking today for leniency in sentencing Chip, as I know he will make all of us proud in the future through his work ethic, loyalty, and his strong commitment to family. I want to thank you for your time and consideration throughout this process.

Sincerely,

TBC

Todd B. Cavallaro
Head Men's Lacrosse Coach
Franklin & Marshall College

FRANKLIN&MARSHALL
COLLEGE

DEPARTMENT OF ATHLETICS & RECREATION   P.O. BOX 3003   LANCASTER, PENNSYLVANIA 17604-3003
OFFICE: 717.358.4108   FAX: 717.358.4440   GODIPLOMATS.COM

**15**

March 23, 2020

To The Honorable Liam O'Grady,

My name is Christopher Frederick and I am writing to you to ask that the court takes the good character of Charles O'Neil into consideration during your current proceedings. I am a West Point graduate, former military officer, combat veteran, and an old friend of the O'Neil family; specifically Chip. We grew up together went to the same school and played on the same sports teams for seven years. During that time our families became close and we would continue our friendship long past high school. I stay in touch with him regularly, though I must admit that I haven't followed his case or court proceedings very closely.

The O'Neil family are the best type of people that you could hope to count as friends and they passed all of their good qualities on to Chip, their first born and only son. I am sure that was with the good will that he becomes a family man and carries on a successful career. Chip accomplished great things during his adult life to begin with playing college lacrosse at Franklin & Marshall College in Lancaster, PA. I attended several of his games during my prep school year after high school. Chip always maintained a strong competitive spirit on the field while never failing to be a good sportsman and gentleman as well. Chip and I played Football and Ice Hockey together for several years during Middle School and High School and he displayed the same fighting spirit and honor then. Throughout the twenty years I have known Chip he has never given me a reason to distrust him. In addition to working hard at his chosen career in politics he has volunteered his time for many years to coach youth lacrosse and pass along his knowledge and experience to children in Maryland. He is a good man and has always strived to do good things.

I would like to thank Judge O'Grady for taking the time to read this letter and ask that he show leniency in Chip's sentencing. If nothing else knowing fully the consequences that this crime may befall him I would give him a job working with me any time no matter what. For his family's sake please allow him to retain his freedom in the short term so that he may recover from this in the future.

Kind Regards,

Christopher N. Frederick

**16**

March 7, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady,

My name is Elizabeth Gormley and I am writing to you on behalf of Chip O'Neil. Our families have been good friends for as long as I can remember. Today, I would consider Chip one of my closest friends.

I have spent a significant amount of time with the O'Neil family from vacations, family dinners, birthdays and holidays. There is not a more loving and supportive family. Chip resembles all that is good that can come from such a solid family. He is incredibly kind, supportive and loyal. Chip is the first person to make contact when there is something to celebrate and the first when there has been a tragedy.

While I have not been in professional setting with Chip, I cannot imagine him being anything but professional, hardworking & dependable. As a young professional myself, I know how hard it is to navigate the early years of your career, to advance & impress the people around you. Under pressure, mistakes are made. The true character of a person is defined by their response to those mistakes and taking accountability. Chip has taken responsibility and grown from this lapse in judgement, which speaks highly to the man he was raised to be by his parents.

Chip is ready to move forward and take the consequences for his actions. I can only hope that this one indiscretion will not completely define his future. No one will be harder on himself than Chip. There is no doubt in my mind that this will be a huge opportunity of growth and lessons learned.

Thank you for taking the time to read this letter in support of Chip O'Neil.

Sincerely,

Elizabeth A. Gormley

Elizabeth H. Gormley

**17**



**KATHY SZELIGA**
*Legislative District 7*
Baltimore and Harford Counties

———
MINORITY WHIP
———

Health and Government
Operations Committee

Insurance Subcommittee

Public Health and Minority
Health Disparities Subcommittee

———

Rules and Executive
Nominations Committee

———

Legislative Policy Committee

*The Maryland House of Delegates*
ANNAPOLIS, MARYLAND 21401

*Annapolis Office*
The Maryland House of Delegates
6 Bladen Street, Room 212
Annapolis, Maryland 21401
410-841-3698 · 301-858-3698
800-492-7122 *Ext.* 3698
*Fax* 410-841-3023 · 301-858-3023
Kathy.Szeliga@house.state.md.us

*District Office*
9932 Richlyn Drive
Perry Hall, Maryland 21128
410-841-3698

March 3, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady:

I write today on behalf of Chip O'Neil. Chip and I have worked together on a variety of projects, issues, and campaigns for about the last five years. Over that time, I have grown very fond of Chip and consider him more than a work colleague, I consider him a friend.

Chip has consistently been hardworking and reliable. I always enjoy working with Chip because he is kind and thoughtful of others. One of the projects Chip worked on for me was an annual reception held with our governor in Annapolis. For the three years, this event drew more than one hundred people each year and has always been a big success. Having met Chip's parents on a few occasions, it is clear that Chip comes from a very good and stable family with parents who are supportive and loving.

As a mom of sons now in their thirties, I have walked with them through numerous trials as they have grown up into responsible adults. Each one of us has faced adversity and bad decisions, especially in our early years. As I taught my sons, those may not always define us, but it's how we handle those situations, admit our mistakes, and make changes going forward. I see Chip growing as a man through this adversity.

Finally, as a lawmaker I have seen first-hand the benefits of and voted for laws to give second chances for those who have come into contact with the judicial system.

It would be my honor if you would like to discuss Chip O'Neil any further. Please do not hesitate to call me on my cell phone anytime, ▮▮▮▮▮▮▮.

Sincerely,

Kathy Szeliga
Maryland State Delegate
District 7 – Baltimore and Harford Counties

**18**

**Paul F. Haughton, Jr.**



March 12, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia

Dear Judge O'Grady,

As an introduction, I was the Senior Political Advisor to the former Speaker of the House of Virginia Delegates, the Honorable William J. Howell, from 2008 until his retirement in 2017. During the course of my tenure with Speaker Howell, I had the honor and privilege of working with Chip O'Neil.

I know Chip well, both professionally and personally; and, it is an honor to write this letter to you on Chip's behalf.

I first met Chip in 2011 when he went to work for Strategic Campaign Group. At the time, and throughout my tenure, Strategic Campaign Group was our sole source vendor for our telephone townhalls as well as other political campaign services they provided. As our account representative and then later as Senior Vice President, Chip was our primary interface between the Virginia House GOP Campaign Committee and Strategic Campaign Group. And, particularly during campaign years, I worked with Chip daily, if not several times per day.

I have the absolute highest regard, both personally and professionally, and utmost respect for Chip O'Neil. In all my dealings with him, Chip was honest, always the consummate professional, loyal; and, his ethics and integrity were always beyond reproach; a characteristic that is rare and seldom experienced in the world of political consultants. Chip was always there when we needed him; and, both Speaker Howell and I considered him an integral, honest, and loyal member of our team.

I can assure you that his mistake has certainly taken a toll on Chip's personal and professional life. I am confident that Chip undoubtedly has realized his wrongdoing and he feels remorse for his actions. With your leniency, I know that Chip will NOT knowingly and intestinally break the law for the rest of his life.

I would like to thank you for your consideration.

Sincerely,

Paul F. Haughton, Jr.

**19**

MedChi
The Maryland State Medical Society

Your Resource.
Your Profession.

April 6, 2020

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: United States vs. Charles O'Neil

Dear Judge O'Grady,

I write on behalf of Mr. Charles "Chip" O'Neil, appearing before the Court in the matter
referenced above for sentencing after his plea to the charge outlined. Mr. O'Neil is employed
by MedChi, the Maryland State Medical Society, and has been since last year.

I introduce myself as the current Chief Executive Officer of MedChi, The Maryland State
Medical Society and a member of the Maryland Bar. I'm hopeful Chip who has done a good job
for MedChi will be able to continue to work for us, as I have found him to be hard working and
diligent in the time that we have worked together.

I first met Chip about eight ago when the prior CEO of MedChi called me and asked me to meet
with him for networking purposes. Our paths have crossed several times since that first
meeting. During my eight-year association with Mr. O'Neil, I have had dozens of telephone and
personal interactions with him. He has always impressed me as a bright, earnest, committed
person who is eager to please. I have found him to be accurate and honest.

Mr. O'Neil has been totally honest and transparent with me and his direct supervisor at
MedChi. He readily admits his mistake, has accepted responsibility and is truly sorry. I would
like Your Honor to know that he has been totally transparent with me regarding his behavior
and disclosed the relevant facts of his misguided conduct to me.

Continue reading...

1

I employed Mr. O'Neil eight months ago with full knowledge of this situation and with the firm belief that we all fail and deserve a second chance. He has made the most of his opportunity, performed well and has a long-term future with my organization, if Your Honor is inclined to show him mercy and utilize some type of alternative punishment other than incarceration.

It would be a tragedy for this fine young man's life to be destroyed by a mistake. He realizes he was wrong and possesses tremendous regret. The personal toll this has taken on his reputation has been great and the end results of his actions will be his burden for the foreseeable future. This said, with your mercy, I remain confident that he can lead a productive, full life, as a good citizen. My sense is that Mr. O'Neil is not a person who would likely re-offend.

Your Honor, I hope is that you will grant leniency and allow this young man to move forward with his life and career. I am certainly ready to assist in that regard. If you should have any questions, please feel free to contact me at 410-924-4445 and I will be delighted to assist

Thank you for your consideration and service.

Sincerely,

Gene M. Ransom, III
Chief Executive Officer

2

**21**

The Honorable Liam O'Grady
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA  22314

April 17, 2020

RE: United States of America v. Charles O'Neil

Dear Judge O'Grady:

I am writing you today in support of Charles (Chip) O'Neil regarding his sentencing in the above referenced matter. Chip joined my office shortly after his graduation from Franklin and Marshall and worked for me almost 9 years.

I greatly regret the circumstances requiring this letter. Chip's involvement in this matter was due to him following and implementing my explicit instructions.

Chip acted, at all times, under my instruction and direction in the matter before you today.

Thank you for your consideration of these facts. I am hopeful you will extend mercy and leniency to Chip in your sentencing.

Sincerely,

Kelley Rogers

**22**